UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

HHH CHOICES HEALTH PLAN, LLC,

    DEBTOR.

CHAPTER 11 (INVOLUNTARY)
CASE NO. 15-11158-MEW

## NOTICE OF CONSENT TO ORDER FOR RELIEF

TO:    HONORABLE MICHAEL E. WILES
         UNITED STATES BANKRUPTCY JUDGE

COMES NOW, HHH Choices Health Plan, LLC ("HHH Choices"), by and through its undersigned legal counsel, HARTER SECREST & EMERY LLP, respectfully submits this notice of consent to this Court's entry of an order for relief under Chapter 11 of the United States Bankruptcy Code. In accordance with LOCAL RULE 1074-1(a), "a copy of the duly attested corporate resolution authorizing" this Notice of Consent is attached hereto as **Exhibit A**.

Dated: June 1, 2015
       Buffalo, New York

HARTER SECREST & EMERY LLP

    */s/ Raymond L. Fink*
    Raymond L. Fink, Esq.
    John A. Mueller, Esq.
    · *Counsel to HHH Choices*
    Twelve Fountain Plaza, Suite 400
    Buffalo, New York 14203-2293
    (716) 853-1616
    rfink@hselaw.com
    jmueller@hselaw.com

4176368_1