WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Greg M. Zipes, Esq.
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :       Case No. 15-11158 (MEW)
                                                   :
HHH Choices Health Plan, LLC,                      :
                                                   :
              Debtor.                              :
-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of HHH Choices Health Plan, LLC:

1.   Rain Home Attendant Agency
     81 Morris Park Avenue
     Bronx, NY  10462
     Contact: James V. Carey
     Telephone:  (718) 829-2131

    2.    Amazing Home Care Services, LLC
          1601 Bronxdale Avenue
          Bronx, NY 10462
          Contact: Ari Erlichman
          Telephone: (718) 863-3300

    3.    Enosa Aibangbee
          16-03 Central Avenue – Suite 100
          Far Rockaway, NY 11691
          Telephone: (718) 471-5800

    4.    CABS Home Attendants Service, Inc.
          44 Varet Street
          Brooklyn, NY 11206
          Attention: Sherly Demosthenes-Atkinson, Executive Director
          Telephone (718)388-0220

    5.    1199 SEIU Health Care Employees Pension Fund
          330 West 42nd Street, 28th Floor
          New York, New York 10036
          Attention: John P. Stack
          Telephone: (646) 473-6067

Dated:    New York, New York
          November 16, 2015

                              Sincerely,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                          By:    */s/ Greg M. Zipes*
                                  Greg M. Zipes
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Office of the United States Trustee
                                  U.S. Federal Office Building
                                  201 Varick Street, Room 1006
                                  New York, NY 10014
                                  Tel. (212) 510-0500
                                  Fax (212) 668-2255