Proposed Hearing Date: February 25, 2016, 11:00 a.m. ET
Objection Deadline: To Be Determined

**HARTER SECREST & EMERY LLP**
*Counsel/Proposed Counsel to Debtors*[1]
12 Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
(716) 853-1616
Raymond L. Fink, Esq. / rfink@hselaw.com
John A. Mueller, Esq. / jmueller@hselaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HHH CHOICES HEALTH PLAN, LLC, ET AL. | CASE NO. 15-11158 (MEW) |
|  | CASE NO. 15-13264 |
| DEBTORS. | CASE NO. 16-10028 |
|  | (JOINTLY ADMINISTERED) |

**NOTICE OF MOTION FOR ENTRY OF PROPOSED STIPULATION AND ORDER BETWEEN HEBREW HOSPITAL HOME OF WESTCHESTER, INC. AND HHH ACQUISITION: (1) APPROVING DEBTOR'S ORDINARY COURSE PAYMENTS OF MEDICARE/MEDICAID REIMBURSEMENT FUNDS TO HHH ACQUISITION AND (2) ORDERING AN ACCOUNTING BY DEBTOR OF ALL MEDICARE/MEDICAID REIMBURSEMENTS RECEIVED BY DEBTOR ON OR AFTER MAY 1, 2015**

**PLEASE TAKE NOTICE** that a hearing on the motion for entry of the proposed Stipulation and Order pursuant to 11 U.S.C. §§ 105(a), 541(b) and Rule 9019 of the Federal Bankruptcy Rules of Procedure: (1) Approving Hebrew Hospital Home of Westchester, Inc's Ordinary Course Payments of Medicare/Medicaid Reimbursement Funds to HHH Acquisition; and (2) Ordering an Accounting By Hebrew Hospital Home of Westchester, Inc. of all Medicare/Medicaid Reimbursement Funds Received by Hebrew Hospital Home of Westchester,

---

[1] Harter Secrest & Emery LLP is approved legal counsel to Debtors, HHH Choices [Docket No. 37] and HHSH [Docket No. 82], with a retention application pending for HHHW.

4861710_2

Inc on or After May 1, 2015 (the "**Motion**") will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, Room 617, One Bowling Green, New York, New York, on **February 25, 2016 at 11:00 a.m. (ET)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and must be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard-copy delivered directly to Chambers), and shall be served upon: (a) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (b) all those persons and entities that have formally requested notice by filing a written request for notice, pursuant to Bankruptcy Rule 2002 and the Local Bankruptcy Rules, so as to be actually received no later than February ___, 2016 at 5:00 p.m. (EST). In addition, oral objections will be heard at the hearing on the Motion. Failure to file a timely objection may result in entry of an order granting the relief, as requested in the Motion.

2

4861710_2

Dated: February 4, 2016

                    Respectfully submitted,

                    HARTER SECREST & EMERY LLP

                    By: *s/ Raymond L. Fink*
                          Raymond L. Fink
                          John Mueller
                          12 Fountain Plaza, Suite 400
                          Buffalo, NY 14202
                          Telephone: 716.853.1616
                          Fax : 716.853.1617
                          Email:  rfink@hselaw.com
                          jmueller@hselaw.com

                  *Attorneys for Debtor*
                  *Hebrew Hospital Home of Westchester, Inc.*