UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HHH CHOICES HEALTH PLAN, LLC, *ET AL.* | CASE NO. 15-11158-MEW<br>CASE NO. 15-13264-MEW<br>CASE NO. 16-10028-MEW |
| DEBTORS. | (JOINTLY ADMINISTERED) |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 365(a) AUTHORIZING HEBREW HOSPITAL HOME OF WESTCHESTER, INC. TO CONSUMMATE PROPOSED JOINT VENTURE TRANSACTION**

Upon the motion ("Motion") of **Hebrew Hospital Home of Westchester, Inc.**, as debtor and debtor-in-possession ("HHHW" or "Debtor"), for an Order authorizing the Debtor to consummate a certain joint venture arrangement, and the Whitehead Declaration[1] and other document exhibits filed in support thereof; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and a hearing having been held before this court to consider the Motion on November 17, 2016; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

5154608_4

2. Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, the Debtor is authorized, in the reasonable exercise of its business judgment, to consummate the proposed joint venture transaction by entering into and executing the Operating Agreement and Bethel/HHHW Agreement for the Joint Venture Company attached hereto as **Exhibit A** and **Exhibit B** respectively, and perform all obligations in accordance therewith.[2]

3. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order, unless this Court lacks jurisdiction.

Dated:  November 23, 2016
        New York, New York            **s/Michael E. Wiles**
                                        HONORABLE MICHAEL E. WILES
                                        U.S. BANKRUPTCY JUDGE

---

[2] *See also* Docket No. 386.

5154608_4